**Gedion TAMRAT, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–1377.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2009.

Decided: Dec. 28, 2009.

David Allen Garfield, Catherine A. Reynolds, Law Offices of David Garfield, Washington, D.C., for Petitioner. Tony West, Assistant Attorney General, Susan K. Houser, Senior Litigation Counsel, W. Daniel Shieh, Office of Immigration Litigation, Washington, D.C., for Respondent.

Before NIEMEYER, MOTZ, and AGEE, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gedion Tamrat, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of his applications for relief from removal.

Tamrat challenges the determination that he failed to establish eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." *INS v. Elias–Zacarias,* 502 U.S. 478, 483–84, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). We have reviewed the evidence of record and conclude that Tamrat fails to show that the evidence compels a contrary result.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*